IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRENDA Y. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-238 |
| | ) | |
| BURKE COUNTY SHERIFF'S OFFICE and | ) | |
| ALFONZO WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims against Burke County Sheriff's Office, as well as all individual capacity claims against Sheriff Williams, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Sheriff Williams in his official capacity as described in the Magistrate Judge's January 14, 2025 Order. (Doc. no. 4.)

SO ORDERED this 4th day of February, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA