# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:24cv238**

TITLE **Brenda Y. Johnson v Burke County Sheriff Alfonzo Williams**

DATE **May 16, 2025**

TIMES **10 hours**

Honorable: **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy: **Courtnay Capps**

Court Reporter:

**Plaintiff**

**Brenda Johnson**
**Attorney Tanya Jeffords**

**Defendant**

**Sheriff Alfonzo Williams**
**Attorney Russell Britt**
**Steven G. Schroller, insurance rep (by video)**

PROCEEDINGS: **Mediation - Augusta, Georgia**

☐ In Court
☑ In Chambers

NOTES:

Mediation held. Case settled.
Dismissal to be filed within 60 days.