**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

BRENDA Y. JOHNSON,     *
           *
 Plaintiff,      *
           *
   v.       *   CV 124-238
           *
BURKE COUNTY SHERIFF'S OFFICE *
and BURKE COUNTY SHERIFF  *
ALFONZO WILLIAMS, in his  *
individual and official  *
capacity,       *
           *
 Defendants.     *

_____

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

_____

The Court finds this case is ready for trial.  In preparation for trial, the Court **ORDERS** lead counsel for the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court a consolidated proposed pretrial order.  The consolidated proposed pretrial order shall be filed **BY 5:00 P.M. ON FRIDAY, MAY 15, 2026.**  Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders – Judges Hall, & Bowen." A Party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions.  The Court will reject any proposed pretrial order

prepared only from telephone conversations. The proposed pretrial order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY 5:00 P.M. ON FRIDAY, MAY 29, 2026.** Responses thereto must be submitted **BY 5:00 P.M. ON FRIDAY, JUNE 12, 2026.** The Clerk has scheduled the pretrial conference for **WEDNESDAY, JULY 1, 2026, AT 10:00 A.M.,** and jury selection and trial is scheduled to begin **MONDAY, JULY 13, 2026, AT 9:00 A.M.,** all to be held in the Second Floor Courtroom of the United States District Court located at 600 James Brown Boulevard, Augusta, Georgia 30901. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference. Lead counsel for each Party **MUST** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this _15th_ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2